IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 4:09mc00037-JMM |
| ) | |
| ROBERT F. THOMPSON, as Principal: ) | |
| BRANCH, THOMPSON, PHILHOURS, ) | |
| WARMATH, PA, ) | |
| ) | |
| Respondent. ) | |

**ORDER ENFORCING IRS SUMMONS**

Before the Court is the United States' Petition to Enforce Internal Revenue Service Summons issued to Robert F. Thompson, as principal of Branch, Thompson, Philhours, Warmath, PA, on October 20, 2008.  The Respondent filed an objection to the petition and the Court held a hearing on May 14, 2010.

The United States, through its petition and declaration of Revenue Agent Lisa Howard, has demonstrated that the investigation is being conducted for a legitimate purpose, that the inquiries may be relevant to that purpose, that the information sought is not already within the Commissioner's possession, and that the administrative steps required by the Internal Revenue Code have been substantially followed. Therefore,

**IT IS HEREBY ORDERED** that the United States' Petition to Enforce Internal Revenue Service Summons (docket no. 1) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Respondent is ordered to appear at 9:00 a.m. on July 12, 2010, at the office of Branch, Thompson, Philhours, Warmath, PA, located at 414 W. Court Street, Paragould, AR 72450, to provide the testimony and documents requested in the IRS

summons issued to Respondent on October 20, 2008.

The Clerk is directed to close the case.

IT IS SO ORDERED this 8th day of June, 2010.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE